UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 11 PM 1:19
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **'08 MJ 0378** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Raul QUIROZ-Velez,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **February 9, 2008** within the Southern District of California, defendant, **Raul QUIROZ-Velez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **FEBRUARY 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Raul QUIROZ-Velez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 9, 2008, Border Patrol Agents F. Guieb and L. Gutierrez were performing line watch duties in the Campo, California area of responsibility. At approximately 3:30 a.m., the agents responded to a sensor activation near Pine Valley, California. This area is located about 16 miles north of the Tecate, California Port of Entry. Agent Guieb and Gutierrez arrived in the area and positioned themselves near a trail commonly used by undocumented aliens. After a period of time, the agents encountered seven individuals walking towards them. Agent Guieb and Gutierrez identified themselves as U.S. Border Patrol Agents and questioned each subject as to their citizenship and immigration status. Each subject, including one later identified as the defendant **Raul QUIROZ-Velez**, freely admitted to being citizens and nationals of Mexico illegally present in the United States. Approximately 4:07 a.m., Agent Guieb placed the defendant and the rest of the group under arrest and made arrangements to transport them to the Campo Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 7, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on February 10, 2008 at 9:30 A.M**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 9, 2008** in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

Date/Time  2/10/08  1030pm

CONTINUATION OF COMPLAINT:
Raul QUIROZ-Velez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 9, 2008, Border Patrol Agents F. Guieb and L. Gutierrez were performing line watch duties in the Campo, California area of responsibility. At approximately 3:30 a.m., the agents responded to a sensor activation near Pine Valley, California. This area is located about 16 miles north of the Tecate, California Port of Entry. Agent Guieb and Gutierrez arrived in the area and positioned themselves near a trail commonly used by undocumented aliens. After a period of time, the agents encountered seven individuals walking towards them. Agent Guieb and Gutierrez identified themselves as U.S. Border Patrol Agents and questioned each subject as to their citizenship and immigration status. Each subject, including one later identified as the defendant **Raul QUIROZ-Velez**, freely admitted to being citizens and nationals of Mexico illegally present in the United States. Approximately 4:07 a.m., Agent Guieb placed the defendant and the rest of the group under arrest and made arrangements to transport them to the Campo Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on September 7, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on February 10, 2008 at 9:30 A.M

_____
Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 9, 2008** in violation of Title 8, United States Code, Section 1326.

_____
Anthony J. Battaglia
United States Magistrate Judge

Date/Time  2/10/08  1030pm